**Order entered February 11, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00038-CV

### GEORGE W. LEE, Appellant

### V.

### DISCOVER BANK, Appellee

**On Appeal from the County Court at Law No. 2
Collin County, Texas
Trial Court Cause No. 002-00254-2021**

## ORDER

Before the Court is the February 10, 2022 request of Collin County Deputy Clerk Linda Patrizio for an extension of time to file the clerk's record. We **GRANT** the request and extend the time to **March 14, 2022**.

/s/     BONNIE LEE GOLDSTEIN
         JUSTICE